IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION


| | | |
|---|---|---|
| ELIZABETH A. WALDROP | § | |
| v. | § | CIVIL ACTION NO. 6:07cv560 |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | § | |

ORDER ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES
MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of this action, has been presented for consideration. The Report and Recommendation recommends that the above-entitled case be reversed and remanded to the Commissioner for further consideration. No written objections have been filed. Accordingly, the findings and conclusions of the Magistrate Judge are adopted as those of the Court.

In light of the foregoing, it is

**ORDERED** that this case is **REVERSED** and **REMANDED** to the Commissioner for further consideration of whether Plaintiff's work as the owner/manager of a private club was "substantial gainful activity" that could be considered past relevant work.

**SIGNED this 18th day of February, 2010.**


_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE